This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CARRIE DEAN,**

Petitioner-Appellant,

**v.**                                                    **No. 31,691**

**RICHARD W. HOMPESCH, III,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Gerard J. Lavelle, District Judge**

Atkinson & Kelsey, P.A.
Denise E. Ready
Albuquerque, NM

for Appellant

Richard W. Hompesch, III
Dallas, Tx

Pro Se Appellee

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary reversal and remand was proposed for the reasons stated in the notice of proposed disposition.  Appellee has filed a notice stating that he agrees with the proposed disposition.

Reversed and Remanded.

**IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**LINDA M. VANZI, Judge**